Alexander E. Potente (State Bar No. 208240)
*alex.potente@clydeco.us*
Brian D. Harrison (State Bar No. 157123)
*brian.harrison@clydeco.us*
David M. Rhodes (State Bar No. 214493)
*david.rhodes@clydeco.us*
CLYDE & CO US LLP
150 California Street, Suite 1500
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

Attorneys for Defendant
Aspen Specialty Insurance Company
only with respect to policies
ERAHAQL20, EXAHAQM20, EXAHAQM21
EXAHAQM22 and EXAHAQM23

[SEE LAST PAGE FOR ADDITIONAL COUNSEL FOR CAPTION]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAESARSTONE USA, INC., f/k/a U.S. QUARTZ PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.; AMERICAN FIRE AND CASUALTY COMPANY; ASPEN SPECIALTY INSURANCE COMPANY; COLONY INSURANCE COMPANY; CONTINENTAL CASUALTY COMPANY; CONTINENTAL INSURANCE COMPANY; GOLDEN EAGLE INSURANCE CORPORATION; HARTFORD CASUALTY INSURANCE COMPANY; NAVIGATORS SPECIALTY INSURANCE COMPANY; PEERLESS INSURANCE COMPANY; VALLEY FORGE INSURANCE COMPANY; | Case No. 2:25-cv-09582 <br><br> **DEFENDANT ASPEN SPECIALTY INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT – NOTICE OF INTERESTED PARTIES (FRCP 7.1; LR 7.1-1)** |

WAUSAU BUSINESS INSURANCE COMPANY; and DOES 1-15

    Defendants.

This Corporate Disclosure Statement and Notice of Interested Parties is filed on behalf of Defendant ASPEN SPECIALTY INSURANCE COMPANY ("Aspen") pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Local Rule 7.1-1.

Pursuant to FRCP Rule 7.1(a)(1), Aspen hereby declares:

- Aspen Specialty Insurance Company is a wholly owned subsidiary of Aspen American Insurance Company.

- Aspen American Insurance Company is a wholly owned subsidiary of Aspen U.S. Holdings, Inc.

- Aspen U.S. Holdings, Inc. is a wholly owned subsidiary of Aspen (UK) Holdings Limited.

- Aspen (UK) Holdings Limited, in turn, is a wholly owned subsidiary of Aspen Insurance Holdings Limited.

- Shares of Aspen Insurance Holdings Limited are publicly traded on the New York Stock Exchange under the stock symbol "AHL."

- No entity or individual owns or controls more than 10% of the shares of Aspen Insurance Holdings Limited other than certain investment funds managed by subsidiaries of Apollo Global Management, Inc.

- Shares of Apollo Global Management, Inc. are publicly traded on the New York Stock Exchange under stock symbol "APO".

Pursuant to FRCP Rule 7.1(a)(2), Aspen hereby declares:

- Aspen Specialty Insurance Company is incorporated in North Dakota and has its principal place of business in New Jersey.

- No other individual's or entity's citizenship is attributed to Aspen.

CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 365-9800

ASPEN SPECIALTY INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 365-9800

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Aspen, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Aspen American Insurance Company

- Aspen U.S. Holdings, Inc.

- Aspen (UK) Holdings Limited.

- Aspen Insurance Holdings Limited.

- Apollo Global Management, Inc.

- All plaintiffs and defendants in this case

- Parties in the underlying lawsuits for which plaintiff Caesarstone USA, Inc. seeks insurance coverage may have a pecuniary interest in the outcome of this case.

Dated: October 7, 2025                CLYDE & CO US LLP


By: /s/ *Brian D. Harrison*
    Alex E. Potente
    Brian D. Harrison
    David M. Rhodes

    Attorneys for Defendant
    Aspen Specialty Insurance Company
    only with respect to policies
    ERAHAQL20, EXAHAQM20,
    EXAHAQM21, EXAHAQM22 and
    EXAHAQM23

///

///

///

CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 365-9800

DENTONS US LLP

By: /s/ *David Simonton*
    DAVID SIMONTON

    Attorneys for Defendant
    Aspen Specialty Insurance Company
    only with respect to policies
    ERAHAQL17, EXAHAQM17,
    ERAHAQL18, EXAHAQM18,
    ERAHAQL19 and EXAHAQM19

## ATTESTATION PER LOCAL RULE 5-4.3.4(a)(2)(i)

The e-filing attorney hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

Dated: October 7, 2025        CLYDE & CO US LLP

By: /s/ *Brian D. Harrison*
    Alex E. Potente
    Brian D. Harrison
    David M. Rhodes

    Attorneys for Defendant
    Aspen Specialty Insurance Company
    only with respect to policies
    ERAHAQL20, EXAHAQM20,
    EXAHAQM21, EXAHAQM22 and
    EXAHAQM23

ASPEN SPECIALTY INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

**ADDITIONAL COUNSEL FOR CAPTION:**

DAVID SIMONTON (SBN 199919)
david.simonton@dentons.com
JONATHAN D. HENRY (pro hac vice forthcoming)
jonathan.henry@dentons.com
JAMES P. MCGANN (pro hac vice forthcoming)
james.mcgann@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1210
Oakland, CA 94612
P +1 415 882 5000
F +1 415 882 0300

Attorneys for Defendant
Aspen Specialty Insurance Company
only with respect to policies
ERAHAQL17, EXAHAQM17, ERAHAQL18,
EXAHAQM18, ERAHAQL19 and EXAHAQM19

CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 365-9800

5
ASPEN SPECIALTY INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT