# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAESARSTONE USA, INC., f/k/a U.S. QUARTZ PRODUCTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALLIED WORLD ASSURANCE COMPANY (US) INC.; AMERICAN FIRE AND CASUALTY COMPANY; ASPEN SPECIALTY INSURANCE COMPANY; COLONY INSURANCE COMPANY; CONTINENTAL CASUALTY COMPANY; CONTINENTAL INSURANCE COMPANY; GOLDEN EAGLE INSURANCE CORPORATION; HARTFORD CASUALTY INSURANCE COMPANY; NAVIGATORS SPECIALTY INSURANCE COMPANY; PEERLESS INSURANCE COMPANY; VALLEY FORGE INSURANCE COMPANY; WAUSAU BUSINESS INSURANCE COMPANY; and DOES 1-15<br><br>Defendant. | Case No. 2:25-cv-09582-MRA-MAA<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF CAESARSTONE USA, INC. TO RESPOND TO ASPEN SPECIALTY INSURANCE COMPANY'S COUNTERCLAIMS BY 21 DAYS [46]**<br><br>Action Filed:          July 10, 2025 |

-1-

ORDER GRANTING JOINT
STIPULATION TO EXTEND TIME

The Court, having considered Plaintiffs Caesarstone USA, Inc. f/k/a U.S. Quartz Products, Inc. ("Caesarstone") and Aspen Specialty Insurance Company's ("Aspen, together with Caesarstone, the "Parties") Joint Stipulation to Extend Time to Respond to Aspen's Counterclaim by 21 Days (the "Stipulation"), and for good cause found therein, hereby ORDERS that:

The time for Caesarstone to respond to Aspen's Counterclaim shall be extended through and including December 19, 2025.

**IT IS SO ORDERED**.

Dated: December 2, 2025

_____
Honorable Mónica Ramírez Almadani
United States District Court Judge

-2-

ORDER GRANTING JOINT
STIPULATION TO EXTEND TIME