**VENABLE LLP**
Ken D. Kronstadt (SBN 259996)
  kdkronstadt@venable.com
Bryan J. Weintrop (SBN 307416)
  bjweintrop@venable.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone:  310.229.9900
Facsimile:   310.229.9901

**K&L GATES LLP**
Kevin S. Asfour (SBN 228993)
  Kevin.Asfour@klgates.com
Frederick J. Giordano (*pro hac vice pending*)
  Frederic.Giordano@klgates.com
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA 90067
Telephone:  310.552.5000
Facsimile:   310.552.5001

Attorneys for Plaintiff
CAESARSTONE USA, INC.,
f/k/a U.S. QUARTZ PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAESARSTONE USA, INC., f/k/a U.S. QUARTZ PRODUCTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALLIED WORLD ASSURANCE COMPANY (US) INC.; AMERICAN FIRE AND CASUALTY COMPANY; ASPEN SPECIALTY INSURANCE COMPANY; COLONY INSURANCE COMPANY; CONTINENTAL CASUALTY COMPANY; CONTINENTAL INSURANCE COMPANY; GOLDEN EAGLE INSURANCE CORPORATION; HARTFORD CASUALTY INSURANCE COMPANY; NAVIGATORS SPECIALTY INSURANCE COMPANY; | Case No. 2:25-cv-09582-MRA-MAA<br><br>Assigned for All Purposes To:<br>The Hon. Mónica Ramírez Almadani<br><br>**JOINT STIPULATION TO REVISE REPLY BRIEF DEADLINE ON PLAINTIFF AND COUNTERDEFENDANT CAESARSTONE USA, INC.'S AND DEFENDANT AND COUNTERCLAIMANT ASPEN SPECIALTY INSURANCE COMPANY'S MOTIONS FOR JUDGMENT ON THE PLEADINGS**<br><br>**JURY TRIAL DEMANDED**<br><br>Hearing Information:<br>Date: April 14, 2026<br>Time: 10:00 a.m. |

VENABLE LLP

Case No. 2:25-cv-09582-MRA-MAA

STIPULATION TO REVISE REPLY BRIEF DEADLINE ON CAESARSTONE USA, INC.'S AND ASPEN SPECIALTY INSURANCE COMPANY'S MOTIONS FOR JUDGMENT ON THE PLEADINGS

PEERLESS INSURANCE COMPANY; VALLEY FORGE INSURANCE COMPANY; WAUSAU BUSINESS INSURANCE COMPANY; and DOES 1-15

Defendant.

Courtroom: 9B

Action Filed:   July 10, 2025

**IT IS HEREBY STIPULATED** by and between the parties, Plaintiff and Counter defendant Caesarstone USA, Inc. f/k/a U.S Quartz Products, Inc. ("Caesarstone"), and Defendant and Counterclaimant Aspen Specialty Insurance Company ("Aspen," together with Caesarstone, the "Parties") through their respective attorneys of record, as follows:

WHEREAS, on February 27, 2026 Caesarstone and Aspen each moved this Court for judgment on the pleadings (ECF Nos. 63 and 64);

WHEREAS, the Parties' respective Motions for Judgment on the Pleadings are set to be heard on April 14, 2026, at 10:00 a.m.;

WHEREAS, on February 24, 2026, the Parties inadvertently submitted a Joint Stipulation and [Proposed] Order that set March 17, 2026 as the date for both opposition and reply briefs on the Parties' respective Motions for Judgment on the Pleadings (ECF No. 60);

WHEREAS, the Parties previously agreed that, subject to the Court's approval, reply briefs on the Parties' respective Motions for Judgment on the Pleadings would be due on or before March 31, 2026 (*see, e.g.,* ECF Nos. 61 & 62);

WHEREAS, on February 27, 2026, due to counsel's inadvertence described in the prior recitals, the Court granted the Parties' Joint Stipulation and [Proposed] Order that set March 17, 2026 as the date for both opposition and reply briefs on the Parties' respective Motions for Judgment on the Pleadings (ECF No. 65); and

WHEREAS, the Parties wish to maintain the current April 14, 2026 hearing date but continue the deadline to submit reply briefs from March 17, 2026 to March

- 1 -

Case No. 2:25-cv-09582-MRA-MAA

STIPULATION TO REVISE REPLY BRIEF DEADLINE ON CAESARSTONE USA, INC.'S AND ASPEN SPECIALTY INSURANCE COMPANY'S MOTIONS FOR JUDGMENT ON THE PLEADINGS

VENABLE LLP

31, 2026.

NOW, THEREFORE, it is stipulated that Caesarstone's and Aspen's reply briefs in support of their respective Motions for Judgment on the Pleadings (ECF Nos. 63 and 64), shall be filed on or before March 31, 2026.

IT IS SO STIPULATED AND AGREED.

Dated:  March 18, 2026                    VENABLE LLP

By:  /s/ Ken D. Kronstadt
     Ken D. Kronstadt
     Bryan J. Weintrop

Dated:  March 18, 2026                    K&L GATES LLP

By:  /s/ Kevin S. Asfour
     Kevin S. Asfour
     Frederic J. Giordano

*Attorneys for Plaintiff Counterdefendant*
CAESARSTONE USA, INC., f/k/a U/S/ QUARTZ PRODUCTS, INC.

VENABLE LLP

- 2 -

Case No. 2:25-cv-09582-MRA-MAA

STIPULATION TO REVISE REPLY BRIEF DEADLINE ON CAESARSTONE USA, INC.'S AND ASPEN SPECIALTY INSURANCE COMPANY'S MOTIONS FOR JUDGMENT ON THE PLEADINGS

Dated:  March 18, 2026

**DENTONS US LLP**

By: /s/ Jonathan D. Henry
David Simonton
Stephen A. Watkins
Jonathan D. Henry
James P. McGann

*Attorneys for Defendant and Counterclaimant*
ASPEN SPECIALTY INSURANCE COMPANY
only with respect to policies ERAHAQL17, EXAHAQM17, ERAHAQL18, EXAHAQM18, ERAHAQL17, and EXAHAQM17

Dated:  March 18, 2026

**CLYDE & CO US LLP**

By: /s/ Alexander E. Potente
Alexander E. Potente

*Attorneys for Defendant and Counterclaimant*
ASPEN SPECIALTY INSURANCE COMPANY
only with respect to policies ERAHAQL20, EXAHAQM20, EXAHAQL21, EXAHAQM22, and EXAHAQM23

- 3 -

Case No. 2:25-cv-09582-MRA-MAA

STIPULATION TO REVISE REPLY BRIEF DEADLINE ON CAESARSTONE USA, INC.'S AND ASPEN SPECIALTY INSURANCE COMPANY'S MOTIONS FOR JUDGMENT ON THE PLEADINGS

**VENABLE LLP**

## L.R. 5-4.3.4 ATTESTATION

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated:  March 18, 2026

**VENABLE LLP**

By:  /s/ Ken D. Kronstadt
      Ken D. Kronstadt
      Bryan J. Weintrop

Dated:  March 18, 2026

**K&L GATES LLP**

By:  /s/ Kevin S. Asfour
      Kevin S. Asfour
      Frederic J. Giordano

*Attorneys for Plaintiff Counterdefendant*
CAESARSTONE USA, INC., f/k/a U/S/ QUARTZ PRODUCTS, INC.

VENABLE LLP

-4-

Case No. 2:25-cv-09582-CV-MAA

STIPULATION TO SET BRIEFING SCHEDULE ON CAESARSTONE USA, INC.'S AND ASPEN SPECIALTY INSURANCE COMPANY'S MOTIONS FOR JUDGMENT ON THE PLEADINGS